*Power Co.* v. *South Carolina Tax Comm'n*, 286 U. S. 525; *Ogden & Moffet Co.* v. *Michigan Public Utilities Comm'n*, 286 U. S. 525; *Langer* v. *Grandin Farmers Cooperative Elevator Co.*, 292 U. S. 605; *Northwest Bancorporation* v. *Benson*, 292 U. S. 606. *Mr. Henry S. Manley* for appellants. No appearance for appellee.

No. 416. AMERICAN BAKERIES CO. *v.* SUMTER. Jurisdictional statement submitted October 6, 1934. Decided October 15, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Armour & Co.* v. *Virginia*, 246 U. S. 1, 6; *National Linen Service Corp.* v. *Lynchburg*, 291 U. S. 641; *Singer Sewing Machine Co.* v. *Brickell*, 233 U. S. 304, 315; *Tax Commissioners* v. *Jackson*, 283 U. S. 527, 537, *et seq. Messrs. Blair Foster* and *R. D. Epps* for appellant. No appearance for appellee.

No. —, original. NEBRASKA *v.* WYOMING. October 15, 1934. The motion for leave to file bill of complaint herein is granted and process is ordered to issue returnable within 60 days from this date.

No. —, original. EX PARTE BALDWIN ET AL., TRUSTEES, ET AL. October 15, 1934. Motion for leave to file petition for writ of prohibition denied. *Mr. Edward J. White* for petitioners.

No. —, original. EX PARTE DISNEY FILM RECORDING CO., LTD., ET AL. October 15, 1934. Motion for leave to file petition for writ of mandamus denied. *Mr. Ford W. Harris* for petitioners.